# UNITED STATES DISTRICT COURT

      EASTERN       **District of**       CALIFORNIA

| | |
|---|---|
| ANTONIA MULLER,<br>      Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>      Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:10-AT-00145 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this   1st   day of   March  ,   2010  .

                        /s/ Sandra M. Snyder
                        Signature of Judicial Officer

                        SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                        Name and Title of Judicial Officer